# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-874
Lower Tribunal No. 19-2272
_____

**K.L., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Howard K. Blumberg, Special Assistant Public Defender, and Angie Perez and Livan Davidson, Certified Legal Interns for St. Thomas University School of Law, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab and Joanne Diez, Assistant Attorneys General, for appellee.

Before FERNANDEZ, HENDON , and GORDO, JJ.

PER CURIAM.

Affirmed.